UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| BARTIZAL, KATHERINE ELIZABETH ) | | Case No. 05-29603-SQU |
| ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187

    On: **March 7, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $5,097.54 |
    | Disbursements | $6.51 |
    | Net Cash Available for Distribution | $5,091.03 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | GINA B. KROL
    *Trustee Compensation* | $0.00 | $1,259.75 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $15,464.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 24.7700% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | World Financial Network National Ba | $2,878.62 | $713.17 |
| 000002 | American Express Bank, Fsb | $2,680.28 | $664.03 |
| 000003 | Citibank South Dakota Na | $9,905.53 | $2,454.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $25.00 |
| Checking account | 30.00 |
| Bonds | 100.00 |
| Household Goods | 500.00 |
| Pictures | 50.00 |
| Apparel | 400.00 |
| Jewelry | 100.00 |
| IRA | 6,029.57 |
| Stock | 325.00 |

Dated: **February 4, 2008**                                    For the Court,

                                                        By:   **KENNETH S. GARDNER**
                                                              CLERK OF BANKRUPTCY COURT
                                                              KENNETH S. GARDNER

Trustee:      Gina B. Krol
Address:      105 West Madison Street
              Suite 1100
              Chicago, IL  60602-0000
Phone No.:    (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Feb 04, 2008
Case: 05-29603                 Form ID: pdf002          Total Served: 35

The following entities were served by first class mail on Feb 06, 2008.
db         +Katherine Elizabeth Bartizal,   5555 Clarendon Hills Road #203,   Clarendon Hills, IL 60514-1921
aty        +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
             Wheaton, IL 60187-4547
tr         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
9625932    +Alliance Recovery Management,   PO Box 659407,   San Antonio, TX 78265-9407
9625933    +Allied Interstate,   PO Box 361343,   Columbus, OH 43236-1343
10483732    American Express Bank, FSB,   c/o Becket and Lee, LLP,   P.O. Box 3001 Malvern, PA 19355-0701
9625934     Apex,   PO box 297212,   Fort Lauderdale, FL 33329
9625935    +Associated Recovery Systems,   201 W. Grand Ave.,   Escondido, CA 92025-2603
9625936    +Bank of America,   PO Box 1390,   Norfolk, VA 23501-1390
9625938    +Capital Management Services,   726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
9625939    +Capital One,   PO Box 85015,   Richmond, VA 23285-5015
9625941    +Chase,   c/o Blatt Hasenmiller Law Firm,   2 N. Lasalle St., #900,   Chicago, IL 60602-4059
9625942    +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
9625943    +Citibank,   c/o NCO Financial Systems,   Po Box 41448,   Philadelphia, PA 19101-1448
9625944    +Citibank,   PO Box 6417,   The Lakes, NV 88901-6417
10548756   +Citibank South Dakota NA,   Citibank Choice,   Exception Payment Processing,   P O Box 6305,
             The Lakes, NV 88901-6305
9625945    +Clinical Assoc.,   150 N. River Rd., Ste. 300,   Des Plaines, IL 60016-1272
9625946    +Des Plaines Radiology,   1455 Golf Rd., Ste. 212,   Des Plaines, IL 60016-1254
9625947    +Holy Family Medical Center,   c/o I.C.S. Inc.,   PO Box 646,   Oak Lawn, IL 60454-0646
9625949    +LVNV Funding LLC,   c/o NAFS /   PO BOX 9027,   165 Lawrence Bell Dr., #100,
             Williamsville, NY 14221-7900
9625948    +Lutheran General Hospital,   c/o NCO Financial Systems,   PO Box 41417 / Dept. 99,
             Philadelphia, PA 19101-1417
9625950     NCO Financial Systems,   Po Box 41747,   Philadelphia, PA 19101
9625951    +North American Collectors,   16000 Ventura Blvd., Ste. 1100,   Encino, CA 91436-2762
9625952    +Paragon Way,   2101 W. Ben White Blvd.,   Austin, TX 78704-7516
9625953    +Pentagroup Financial,   PO box 742209,   Houston, TX 77274-2209
9625955    +Sears,   8725 W. Sahara Ave.,   The Lakes, NV 89163-0001
9625956    +Sherman Acquisition,   FMA Advance,   PO Box 2409,   Houston, TX 77252-2409
9625957    +Sterling Account Servies,   PO Box 7227,   Buffalo Grove, IL 60089-7227
9625958    +Surpas Resource Corp.,   3120 Hayes Rd., Ste. 200,   Houston, TX 77082-2622
9625959   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: US Bank,   PO Box 108,   Saint Louis, MO 63166)
9625960    +Van Ru Credit,   150 S. Sunny Slope, Ste. 108,   Brookfield, WI 53005-6461
9625962    +WFNNB/American,   4590 E. Broad St.,   Columbus, OH 43213-1301
9625961    +Walmart,   PO Box 981400,   El Paso, TX 79998-1400
10191164   +World Financial Network National Bank,   American TV & Appliance,   c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339

The following entities were served by electronic transmission on Feb 05, 2008.
9625954    +E-mail/PDF: ebn@phinsolutions.com Feb 05 2008 03:02:03    Plaza Associates,   PO Box 18008,
             Hauppauge, NY 11788-8808
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9625937     Bronson & Migliaccio,   Po Box 830,   NJ 07667
9625940*   +Capital One,   PO Box 85015,   Richmond, VA 23285-5015
                                                                                   TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2008**          **Signature:** _Joseph Speetjens_